IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LEODIS RANDLE**                                                      **PETITIONER**

**4:18CV00622 JM/PSH**

**DOES, and
COLLEAN BARNHILL, Public
Defender**                                         **RESPONDENTS**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 27th day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE